DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSEPH EDWARD COLLINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3236

[October 29, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Gary L. Sweet, Judge; L.T. Case No. 2014CF000975A.

Joseph Edward Collins, Okeechobee, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kimberly T. Acuña, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN AND CONNER, JJ., CONCUR.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***